# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LASONYA VAUGHN,
               Plaintiff,

vs.

GRANT NEWCOMB,
               Defendant.

Case No. 08-1056-MLB-DWB

## ORDER FOR PRODUCTION OF EMPLOYMENT,
## PERSONNEL AND PAYROLL RECORDS AND MEMORANDA

**TO:** All present and past employers and all individuals, corporations or other entities to whom applications for employment have been submitted.

NOW, on this 13th day of May, 2008, upon motion of defendant, Gary Newcomb, the Court being fully advised in the premises, finds and hereby orders that counsel for defendant and counsel for plaintiff, and either of them or their respective designees, are hereby authorized to examine, inspect and cause to be duplicated, at the expense of the party requesting same, any and all information in written form of whatsoever kind or nature, including but not limited to all employment, personnel, payroll, medical, insurance or other records and written memoranda, now in the possession or control of all present and past employers and all individuals, corporations or other entities to whom applications for employment have been submitted, or the respective custodians of the records of same, concerning or pertaining to the past or present employment or applications for employment of plaintiff, **LaSonya Vaughn**.

Any information obtained pursuant to the Order will be used for the purposes of this lawsuit only.

IT IS SO ORDERED.

                                                               s/ DONALD W. BOSTWICK
                                                               Donald W. Bostwick
                                                               United States Magistrate Judge

WSABEWI0 430929v1

APPROVED:

/s/ Sean C. Brennan_____
Norman E. Douglas, #23177
Sean C. Brennan, #19915
Accident Recovery Team
221 S. Topeka
Wichita, KS 67202
Phone: (316) 263-0505
Fax: (316) 263-2128
E-mail: normandouglas@accidentrecoveryteam.net
E-mail: art133c@yahoo.com
*Attorneys for Plaintiff*


/s/ Patrick J. Murphy_____
Patrick J. Murphy, #16034
Wallace, Saunders, Austin,
   Brown & Enochs, Chartered
400 O.W. Garvey Center, 200 W. Douglas
Wichita, KS  67202
Phone: (316) 269-2100
Fax: (316)269-2479
E-mail: pmurphy@wsabe.com
*Attorney for Defendant*